# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Capella University, Inc., | Civil No. 06-607 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Executive Risk Specialty Insurance Company, Arthur J. Gallagher & Co., and Arthur J. Gallagher Risk Management Services, Inc., | |
| Defendants. | |

Based on the Stipulation of Dismissal with Prejudice executed by all parties (Doc. No. 226), **IT IS ORDERED** that all claims against all parties are hereby **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 6, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge